**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Tessera, Inc. v. Siliconware Precision Indus.
No. 15-1348

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Fed. Cir. R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

    \_\_\_\_\_ Pro Se      **X** As counsel for: Tessera, Inc.
                                                                                Name of Party

I am, or the party I represent is (select one):

    \_\_\_\_ Petitioner      \_\_\_\_ Respondent      \_\_\_\_ Amicus curiae      \_\_\_\_ Cross Appellant
     **X** Appellant      \_\_\_\_ Appellee      \_\_\_\_ Intervenor

As amicus curiae or intervenor, this party supports (select one):

    \_\_\_\_\_ Petitioner or appellant      \_\_\_\_\_ Respondent or appellee

My address and telephone are:

    Marcus J. Millet
    LERNER, DAVID, LITTENBERG,
     KRUMHOLZ & MENTLIK, LLP
    600 South Avenue West
    Westfield, NJ 07090
    Telephone:    908.654.5000 Ext. 1150
    Fax:    908.654.7866
    E-mail Address: MMillet@ldlkm.com

Statement to be completed by counsel only (select one):

     **X** I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

    \_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

    \_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    10/1/1982

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):

    \_\_\_\_\_ Yes      **X** No

\_\_\_\_ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date\_\_\_\_February 25, 2015\_\_\_\_            \_\_\_\_/s/ Marcus J. Millet_____
                                                                 Marcus J. Millet

3959263_1.docx

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on February 25, 2015, by:

    ___ US mail
    ___ Fax
    ___ Hand
     X  Electronic means (by email or CM/ECF)

| Marcus J. Millet | /s/ Marcus J. Millet |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm: | Lerner, David, Littenberg, Krumholz & Mentlik, LLP |
| Address: | 600 South Avenue West |
| City, State, ZIP: | Westfield, NJ 07090 |
| Telephone Number: | 908.654.5000 |
| FAX Number: | 908.654.7866 |
| E-mail Address: | MMillet@ldlkm.com; Litigation@ldlkm.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.