No. 2015-1348

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

TESSERA INC.

v.

SILICONWARE PRECISION INDUS.

Appeal from *Inter Partes* Reexamination Control No. 95/000,229

RECEIVED

MAR 2 5 2015

United States Court of Appeals
For The Federal Circuit

Michael F. Heafey
KING & SPALDING LLP
601 California Ave. # 100
Palo Alto, CA 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800
mheafey@kslaw.com

Anup M. Shah
KING & SPALDING LLP
100 N. Tryon St., Suite 3900
Charlotte, NC 28202
Telephone: (704) 503-2600
Facsimile: (704) 503-2622
ashah@kslaw.com

*Counsel for Siliconware, U.S.A. and Siliconware Precision Indus. Co., Ltd.*

March 24, 2015

## **NOTICE OF NON-PARTICIPATION**

On March 19, 2015, the Court issued a Notice directing third-parties Siliconware Precision Industries Co., Ltd. and Siliconware, U.S.A. (collectively, "Siliconware") to file a certificate of interest.

Siliconware is the third-party requester of the *Inter Partes* Reexamination – Control No. 95/000,229 – from which this appeal arises.

On May 9, 2013, Siliconware notified the USPTO that it had entered into a settlement agreement with Patent Owner Tessera Inc., thereby resolving its disputes with Patent Owner. As a part of the settlement, Siliconware agreed that it would not participate further in the '229 *Inter Partes* Reexamination. Siliconware filed a statement in the '229 *Inter Partes* Reexamination informing the USPTO that it was withdrawing from the proceeding and would make no further comment or participate otherwise. *See* May 9, 2013 Reexamination Miscellaneous Incoming Letter, '229 *Inter Partes* Reexamination.

On May 19, 2013, Tessera and Siliconware filed a Stipulated Dismissal With Prejudice in the district court action, which stipulation the Northern District of California granted on the same day. Dkts. 1196-97, *Tessera, Inc. v. Advanced Micro Devices, Inc.*, Case No. C 05-04063 CW (EDL) (N.D. Cal.).

Consequently, Siliconware will not participate in this appeal.

Dated:  March 24, 2015				Respectfully submitted,

            /s/ Michael F. Heafey
            Michael F. Heafey
            KING & SPALDING LLP
            601 California Ave. # 100
            Palo Alto, CA 94304

            Anup M. Shah
            KING & SPALDING LLP
            100 N. Tryon St., Ste. 3900
            Charlotte, NC  28202

            *Counsel for Siliconware, U.S.A. and*
            *Siliconware Precision Indus. Co., Ltd.*

## **CERTIFICATE OF SERVICE**

In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, this is to certify that I have this day served the foregoing document on the Clerk of Court and Patent Owner's Counsel via overnight mail, addressed as follows:

Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Marcus J. Millet, Esq.
Roy Henry Wepner, Esq.
Lerner, David, Littengberg, Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090


DATED: March 24, 2015

                                     /s/ Michael F. Heafey